# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HENRY CHRISTOPHER MACKLES, JR.

NO. 2024 KW 0100

**APRIL 4, 2024**

---

In Re:    Henry  Christopher  Mackles,  Jr.,  applying  for
          supervisory  writs,  32nd  Judicial  District  Court,
          Parish  of  Terrebonne,  Nos.  804557,  749212,  770177,
          770448,  771707,  804558,  804697,  804804,  812238,
          817493,  818412,  819835,  824937,  833791,  840469,
          840602,  843577,  846918,  846919,  848629,  859061,  and
          861030.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT